NOS. 
 Cty OF GATOS ___ ENTERED SERVED 
Plaanki{y Proper Vereen: COUNSELPARTIES OF RECOR 
 NOV 22 20 | 
 CLERK US DISTRICT COURT 
 DISTRICT OF §. =VADA 
 BY; DEPUI 

 nie d Shakes D □□□ □□□ Cook eWoereckon 
 (ee 

 \Cdoork wd. ZViokk > Cone Nor QNA-CY -0O8E3 “GAN ~ Bord 
 Place ! 
 Ven Vequeas kor oh Court to 
 Doran Wiamea | isco ky om tyling dmaniko 
 PRON Dalgyrdanke Coin Arnanched Seonelonn 

 Commas Word Wor. Praia “Wo Qeroers C2-TMLGNT EN Qeee Canon CUR 

 \eawe XW Warr Couns bo Wear kyors Be NE BION DS Ln. Vine □□□□□□ 
 Ain © Thaiatily mies Prva Sequaak as Yee BHAI Krak LOrdrck OL 

Lok Calin Yrae. Corn Slants are □□□ on Uden Wae Cours anak nove 

 Qeuriced So ekendohs. We Pywiloks Gre hens ne anck □□ □□□□□□ 

igo, Radunduek Yeo wehye Rrnenn. OGOKN ) aD Dan Praminfpnas OsMacined Yr 
 DckOxr OSHLS , Qroae ore Sadako Yaak wate Kaech wo □□□ Wee 

 qunnk Compl Orch MA QLaimdslye CEPOR ron ke Bae Moolavcn bo □□□□□□□ 
 Commotion: Sone Plants Wo dock, TAQUEDK Yank Weose BONGSAD □□□□ 
Cremnneck GO en Ayres Gay Bae AGO Arrendock Comoleaunk OO □□□ 
Oe doc vanetrory QrLchONCe- Cy Sse Yes Ca Bae. Comolas ne, 

 Tee B\aaets Wb ree inchucked “Wie C2 AED Qansite , endorse 
 LY ‘ □□ 
akc cen Wore cCovebor Wak.) Wri Yah Waa Teckeveck ‘Duy Yecwes 
 CoaceTe WONG AAD Candies of LSC. on notin Rainey © 

 Croartek ay CRIT RNS Grcichent MH Velo □□□□ 

 onto yc AR SDA Tlic Overe , WINGn CVO Dees Ve. 
 ° 
. are prea a cher AN VerN Ko Lac Day Ywwrougls oN 
Cnr, . 
 Brig Core Ceomaick®rowkun. 
 \Waete, CUT]. On NNEC ae Ss 

 ima Crear Arti Redes Wee Cour WAI Greank Pris □□ cock seo □□□□ 
Arr eck bere \) un dads Woke ON Yreinaese ch NSN ~” 

Ci Karo canch Opperihen Yo Wee MOE Lo De ANS Cre Gok Chea 
 Ome? x os . 
 en am Overy Lyles Qe dyor Ase Coe Commickoeamnen, 
 a, 

 ee 
 \Caapeck| pie S\Vokeck AAAS AD clay Ay Wow amn\ser- □□□□ . 

 Order 
 IT IS ORDERED that ECF No. 49 is DENIED. 
 Plaintiff's amended complaint must be complete in 
 and of itself. See Hal Roach Studios, Inc. y. Richard Veena rd TWA 
 Feiner & Co., Inc., 896 F.2d 1542, 1546 (9th Cir. □ 
 , 2 2 oO 
 1989) (holding that “[t]he fact that a party was Sec Yoox □□ 
 named in the original complaint is irrelevant; an CONTRON oy IN CAT 
 amended pleading supersedes the original”). IT IS Oo ou
 Vleuat ey □□□□□□ 
 FURTHER ORDERED that Plaintiff must refile his Leurtaly TREO 
 amended complaint with the exhibits he wishes to 
 be a part of his amended complaint by December 
 20, 2021. If Plaintiff needs copies of specific 
 documents to file a complete amended complaint, 
 he may file a motion requesting the specific 
 documents he needs. 
 IT IS SO ORDERED 
 DATED: 10:42 am, November 29, 2021 
 ug la wept, 
 BRENDA WEKSLER 
 UNITED STATES MAGISTRATE JUDGE 

 oT a 
 D_ Colmes [Mick Sneraleyy Cork hea URRY Yo Fo EE □□□□ 

CIN, Ware AS” cy bb ponenmloer Dom, D mcnrweck cx Sere camel Correck Com 
cl) re cubbentineck Crendine \Coqueat kp eo, cyte’ □□□ 
 Gasiowse Loin Qurencked Comaenit Mawreugin Bae LOSS... □□□ 
prods Qveoc2clUre Yeo Reo Lplasing Odd&rerr2 

 aikedk Bakes Derrck Conk Attorney Conor 
 chy Koes chow 
 ercerdo Dek — 
 Aika Coons Ch □ 535 Woderdghon! 
 BBB Lac Vegas Wud Sovies Sohe BAe 
 Los\ 
 CPNRGOS jLYV B™AV0\ Los V eaor ov □□□□ 

 PN corn a eof Ay □□ 
 (olaek Sheth 

 ———— i 5 
 3 | 

 ]S sz 
 . = a ot Gs 
 = i so SE fe : 
 — ——————— ss FS. 
 | 2 Sse. 1. 
=. SS eee si—FéFéir lus 6 ¢ 
= ee = a 5 4 
am => . 8 OSS SEH: an 
 ; 335 □□ ——_—_——_ —_: Ss 5 ‘ 
 ————— in §&: 
32 = □□□ EDF LP f) — 
aS □□ SFT:
— ——— a
22 & □□ - oo 
 | == fe: LE 
o en we 5 
 Oo re > 
zr — “Zt — Od 
 “| 
 $f) § 
 uw ~ 
 5 F SL JL 
 5 » 
 uv Fj 9 7 
 z 5 Oo 4 
 = 3 8 
 : ) 4 4 
 _ 4 _l 
 2 oO 0 & 
 us 
 > 
 ef
 □ 4
 A Ia S 2 □□ 
 =F?
 co oa Lu 
 »¥ & we
 tn S □□ □ 
 O "78 69 
 EH] ae = 
 — & (om 
 ™N x 
 Bion [p-wb 
 Siw wO 
 8 Qk 
 g I; ae 
 oe = 
 0 ge MU 
 r i= fo oS 
 uw 
[~ a8 ALE ° 
 uw = _— □□ □